IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE FERNANDO WORTHAM,<br><br>    Petitioner,<br><br>  vs.<br><br>MICHAEL YARBOROUGH, Warden,<br><br>    Respondent. | No. C 03-0184 JSW (PR)<br><br>**ORDER DENYING APPLICATION TO FILE SECOND OR SUCCESSIVE PETITION**<br><br>(Docket No. 32) |

      Petitioner, a state prisoner incarcerated at Ironwood State Prison in Blythe, California, filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254. On February 11, 2005, this Court denied the petition on the merits. Thereafter, on January 12, 2007, Petitioner filed a motion seeking leave to file a second or successive petition in the district court (docket no. 32). However, Petitioner's motion was filed on a form from the United States Court of Appeals for the Ninth Circuit. It is unclear whether Petitioner intended to file the application in this Court.

      The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") was signed into law on April 24, 1996. Under AEDPA, a district court must dismiss claims presented in a second or successive habeas petition challenging the same conviction and sentence raised in a previous petition. *See* 28 U.S.C. § 2244(b)(1); *Babbitt v. Woodford*, 177 F.3d 744, 745-46 (9th Cir. 1999). Additionally, a district court must dismiss any new claims raised in a successive petition unless the petitioner received an order from the court of appeals authorizing the district court to consider the petition. 28 U.S.C. §

2244(b)(3)(A).

Here, Petitioner seeks leave to file a second petition raising claims involving the same conviction and sentence as the one on which this Court has already rendered a decision on the merits. Petitioner has not presented an order from the court of appeals authorizing this Court to consider these additional claims. Accordingly, the motion is DENIED without prejudice (docket no. 32). Petitioner is free to seek such an order from the United States Court of Appeals for the Ninth Circuit. *See*, 28 U.S.C. § 2244(b)(3)(A).

IT IS SO ORDERED.

DATED: September 13, 2007

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WORTHAM,

        Plaintiff,

  v.

YARBOROUGH,

        Defendant.
                                        /

Case Number: CV03-00184 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Freddie Fernando Wortham
P-82065
IronWood State Prison
P. O. Box 2199
Blythe, CA 92226

Stan Michael Helfman
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Dated: September 13, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk